# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re: KRIVOSHEIN, VLADIMIR      §    Case No. 09-37438-JES
       KRIVOSHEIN, NATALIA            §
                                                        §
Debtor(s)                                         §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 07, 2009. The undersigned trustee was appointed on December 07, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      111,500.00

     Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 14,716.03 |
| Bank service fees | 3,142.42 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 22,350.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 71,291.55 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/30/2010 and the deadline for filing governmental claims was 06/05/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,707.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,707.50, for a total compensation of $7,707.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/26/2013     By: /s/Steven R. McDonald
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37438-JES  **Trustee:** (690340) Steven R. McDonald
**Case Name:** KRIVOSHEIN, VLADIMIR  **Filed (f) or Converted (c):** 12/07/09 (f)
KRIVOSHEIN, NATALIA  **§341(a) Meeting Date:** 01/11/10
**Period Ending:** 11/26/13  **Claims Bar Date:** 04/30/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  CONDOMINIUM: 9007 N. Park Plaza, Brown Deer | 57,000.00 | 0.00 | OA | 0.00 | FA |
| 2  CONDOMINIUM: 4200 W. Rivers Edge Dr., Brown Deer | 55,000.00 | 0.00 | OA | 0.00 | FA |
| 3  CONDOMINIUM: PRIMARY RESIDENCE 10711N. Winslow Dr., Mequon | 230,000.00 | 0.00 | OA | 0.00 | FA |
| 4  CASH ON HAND | 250.00 | 0.00 | OA | 0.00 | FA |
| 5  BANK ACCOUNTS Checking Account: Associated Bank | 350.00 | 0.00 | OA | 0.00 | FA |
| 6  HOUSEHOLD GOODS: FURNITURE | 320.00 | 0.00 | OA | 0.00 | FA |
| 7  HOUSEHOLD GOODS: COMPUTER | 100.00 | 0.00 | OA | 0.00 | FA |
| 8  HOUSEHOLD GOODS: 3 TELEVISIONS | 300.00 | 0.00 | OA | 0.00 | FA |
| 9  HOUSEHOLD GOODS: DVD PLAYER | 20.00 | 0.00 | OA | 0.00 | FA |
| 10 HOUSEHOLD GOODS: KITCHEN APPLIANCES | 500.00 | 0.00 | OA | 0.00 | FA |
| 11 HOUSEHOLD GOODS: MASTER BEDROOM FURNITURE | 350.00 | 0.00 | OA | 0.00 | FA |
| 12 HOUSEHOLD GOODS: CHILD'S BEDROOM FURNITURE | 50.00 | 0.00 | OA | 0.00 | FA |
| 13 HOUSEHOLD GOODS: 2ND CHILD'S BEDROOM FURNITURE | 80.00 | 0.00 | OA | 0.00 | FA |
| 14 HOUSEHOLD GOODS: 2 MIRRORS | 35.00 | 0.00 | OA | 0.00 | FA |
| 15 HOUSEHOLD GOODS: 3 LAMPS | 30.00 | 0.00 | OA | 0.00 | FA |
| 16 HOUSEHOLD GOODS: VANITY | 25.00 | 0.00 | OA | 0.00 | FA |
| 17 HOUSEHOLD GOODS: STEREO | 15.00 | 0.00 | OA | 0.00 | FA |
| 18 HOUSEHOLD GOODS: KITCHECN TABLE | 35.00 | 0.00 | OA | 0.00 | FA |
| 19 HOUSEHOLD GOODS: 4 KITCHEN CHAIRS | 40.00 | 0.00 | OA | 0.00 | FA |
| 20 HOUSEHOLD GOODS: LAPTOP COMPUTER | 300.00 | 0.00 | OA | 0.00 | FA |
| 21 HOUSEHOLD GOODS: SMALL TOOLS | 75.00 | 0.00 | OA | 0.00 | FA |
| 22 BOOKS AND ART OBJECTS: WALL PICTURES | 75.00 | 0.00 | OA | 0.00 | FA |
| 23 BOOKS AND ART OBJECTS: FAMILY BOOKS | 75.00 | 0.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37438-JES  
**Case Name:** KRIVOSHEIN, VLADIMIR  
KRIVOSHEIN, NATALIA  
**Period Ending:** 11/26/13

**Trustee:** (690340) Steven R. McDonald  
**Filed (f) or Converted (c):** 12/07/09 (f)  
**§341(a) Meeting Date:** 01/11/10  
**Claims Bar Date:** 04/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | MEN'S WEARING APPAREL | 150.00 | 0.00 | OA | 0.00 | FA |
| 25 | WOMEN'S WEARING APPAREL | 200.00 | 0.00 | OA | 0.00 | FA |
| 26 | FURS AND JEWELRY: FULL LENGTH MINK COAT | 750.00 | 0.00 | OA | 0.00 | FA |
| 27 | JEWELRY: DIAMOND ENGAGEMENT RING | 2,600.00 | 0.00 | OA | 0.00 | FA |
| 28 | JEWELRY: WOMEN'S GOLD EARINGS, COSTUME JEWELRY | 800.00 | 0.00 | OA | 0.00 | FA |
| 29 | JEWELRY: MEN'S GOLD WEDDING BAND,COSTUME JEWELRY | 450.00 | 0.00 | OA | 0.00 | FA |
| 30 | HOBBY EQUIPMENT: EXERCISE MACHINE | 150.00 | 0.00 | OA | 0.00 | FA |
| 31 | VEHICLE: 1993 BUICK REGAL | 300.00 | 0.00 | OA | 0.00 | FA |
| 32 | OFFICE EQUIPMENT: FAX MACINE AND PRINTER | 50.00 | 0.00 | OA | 0.00 | FA |
| 33 | PET | 50.00 | 0.00 | OA | 0.00 | FA |
| 34 | OTHER LITIGATION OR POTENTIAL CAUSE OF ACTION (u)<br>  Lawsuit: Krivoshein vs. Wells Fargo; Great Lakes Recovery (Case No. 09-CV-000701)--recovery unknown. | 100,000.00 | 77,650.00 |  | 111,500.00 | FA |
| 35 | ACCOUNTS RECEIVABLE (u) | 108,000.00 | 108,000.00 | OA | 0.00 | FA |
| 36 | STOCK AND BUSINESS INTERESTS (u)<br>  Debtors' interest in Westwood Dry Cleaners, Inc. Liabilities exceed assets. This business in currently in Chapter 11. | 0.00 | 0.00 | OA | 0.00 | FA |
| 36 | **Assets** Totals (Excluding unknown values) | **$558,525.00** | **$185,650.00** |  | **$111,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Debtor's filed a wrongful replevin action in state court. Attorney Werner Eric Scherr agreed to represent the estate in this matter. An Application to Employ was filed and approved by the Court. Attorney Jeff Nordholm represented Wells Fargo. He agreed to mediation regarding this matter and the Defendants agreed to pay a settlement of $96,500.00 to the estate and $51,000.00 in Attorney's fees directly to Attorney Scherr pursuant to State Statute. The payments have been made by the Defendants in this action. A Motion to Compromise has been authorized by the Court. A Statement of Abandonment has been approved by the Court.

The Debtors also filed a Chapter 11 case. The Chapter 7 estate had a claim in the Chapter 11. The claim will not be paid in the Chapter 11. The trustee objected to the Chapter 11 plan and the objection was denied.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |  | |
|---|---|---|---|
| **Case Number:** 09-37438-JES | | **Trustee:** (690340) | Steven R. McDonald |
| **Case Name:** KRIVOSHEIN, VLADIMIR | | **Filed (f) or Converted (c):** | 12/07/09 (f) |
| KRIVOSHEIN, NATALIA | | **§341(a) Meeting Date:** | 01/11/10 |
| **Period Ending:** 11/26/13 | | **Claims Bar Date:** | 04/30/10 |

| 1<br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br>**Ref. #** | 2<br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|

The Trustee employed Kevin Lorge as Accountant for the estate in order to prepare the estate's 2012 taxes. An Application to Employ Mr. Lorge was filed and approved by the Court. The taxes were filed. On May 17, 2013, the Court approved Order Authorizing Final Compensation of Kevin Lorge as accountant for the trustee. The Claims review has been completed. A TFR has been filed.

**Initial Projected Date Of Final Report (TFR):** January 11, 2010      **Current Projected Date Of Final Report (TFR):** November 20, 2013

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-37438-JES  
**Case Name:** KRIVOSHEIN, VLADIMIR  
KRIVOSHEIN, NATALIA  
**Taxpayer ID #:** **-***5242  
**Period Ending:** 11/26/13  

**Trustee:** Steven R. McDonald (690340)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/12 | {34} | Scottsdale Insurance Company | Scottsdale Insurance Company paid on behalf of Great Lakes Recoverery Inc. Payment in settlement of wrongful replevin claim pursuant to a Court Order. | 1249-000 | 10,000.00 | | 10,000.00 |
| 03/15/12 | {34} | Wells Fargo Bank N.A. | Payment in settlement of wrongful replevin claim pursuant to a Court Order. | 1249-000 | 86,500.00 | | 96,500.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 92.28 | 96,407.72 |
| 04/06/12 | {34} | Erich Scherr | Payment of settlement forwarded to Erich Scherr, attorney for the trustee, by Wells Fargo and thence to the Estate. | 1249-000 | 15,000.00 | | 111,407.72 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 210.43 | 111,197.29 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 250.67 | 110,946.62 |
| 06/07/12 | 101 | Steven R. McDonald | Ref # KRIVOSHEIN | 2300-000 | | 125.00 | 110,821.62 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 219.59 | 110,602.03 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 241.75 | 110,360.28 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 233.68 | 110,126.60 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 210.62 | 109,915.98 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 247.76 | 109,668.22 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 224.72 | 109,443.50 |
| 12/03/12 | 102 | Vladimir and Natalia Krivoshein | Ref # KRIVOSHEIN, 09-37438 | 8100-002 | | 22,350.00 | 87,093.50 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 180.15 | 86,913.35 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001069034088 20130117 | 9999-000 | | 86,913.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 111,500.00 | 111,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 86,913.35 | |
| | | | **Subtotal** | | 111,500.00 | 24,586.65 | |
| | | | Less: Payments to Debtors | | | 22,350.00 | |
| | | | **NET Receipts / Disbursements** | | **$111,500.00** | **$2,236.65** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 09-37438-JES  
**Case Name:** KRIVOSHEIN, VLADIMIR  
KRIVOSHEIN, NATALIA  
**Taxpayer ID #:** **-***5242  
**Period Ending:** 11/26/13  

**Trustee:** Steven R. McDonald (690340)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 86,913.35 | | 86,913.35 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.32 | 86,780.03 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.49 | 86,663.54 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.49 | 86,543.05 |
| 04/30/13 | 10103 | Department of the Treasury | Payment of Federal Income Taxes | 2810-000 | | 7,252.00 | 79,291.05 |
| 04/30/13 | 10104 | Wisconsin Department of Revenue | Payment of State Income Taxes | 2820-000 | | 6,840.00 | 72,451.05 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.77 | 72,318.28 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.53 | 72,202.75 |
| 06/04/13 | 10105 | Kevin Lorge, CPA | Payment of accountant fees | 3410-000 | | 450.00 | 71,752.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.60 | 71,656.15 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.37 | 71,542.78 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.90 | 71,439.88 |
| 09/11/13 | 10106 | United States Treasury | Payment of Post-petition interest for tax year 2012 Pursuant to LR 2070.1(a)(9) and the Court's Order dated 04/18/13 | 2810-000 | | 49.03 | 71,390.85 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.30 | 71,291.55 |
| | | | **ACCOUNT TOTALS** | | 86,913.35 | 15,621.80 | **$71,291.55** |
| | | | Less: Bank Transfers | | 86,913.35 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,621.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,621.80** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******30-66** | 111,500.00 | 2,236.65 | 0.00 |
| **Checking # ******3866** | 0.00 | 15,621.80 | 71,291.55 |
| | **$111,500.00** | **$17,858.45** | **$71,291.55** |

{} Asset reference(s)

# EXHIBIT C
# ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 30, 2010

**Case Number:** 09-37438-JES  
**Debtor Name:** KRIVOSHEIN, VLADIMIR

Page: 1

**Date:** November 26, 2013  
**Time:** 10:31:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN.1 200 | Steven R. McDonald<br>759 North Milwaukee Street<br>Suite 200<br>Milwaukee, WI 53202 | Admin Ch. 7 | KRIVOSHEIN, 09-37438 | $7,707.50 | $0.00 | 7,707.50 |
| ADMIN.2 200 | Steven R. McDonald<br>759 North Milwaukee Street<br>Suite 200<br>Milwaukee, WI 53202 | Admin Ch. 7 | KRIVOSHEIN<br>Trustee Bond Premium Reimbursement Dated May 17, 2012 | $125.00 | $125.00 | 0.00 |
| ADMIN.4 200 | Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0148 | Admin Ch. 7 | KRIVOSHEIN, 09-37438<br>Payment of Post-petition taxes | $7,252.00 | $7,252.00 | 0.00 |
| ADMIN.5 200 | Wisconsin Department of Revenue<br>P.O. Box 8918<br>Madison, WI 53708-8918 | Admin Ch. 7 | KRIVOSHEIN, 09-37438<br>Payment of post-petition income taxes | $6,840.00 | $6,840.00 | 0.00 |
| ADMIN.6 200 | Kevin Lorge, CPA<br>Integrated Management & Accounting<br>114 Main Street<br>Kewaskum, WI 53040 | Admin Ch. 7 | KRIVOSHEIN, 09-37438<br>Payment of accountant fees | $450.00 | $450.00 | 0.00 |
| ADMIN.7 200 | United States Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999-0039 | Admin Ch. 7 | KRIVOSHEIN, 09-37438<br>Payment of Post-petition interest for tax year 2012 Pursuant to LR 2070.1(a)(9) and the Court's Order dated 04/18/13 | $49.03 | $49.03 | 0.00 |
| 11P 570 | Internal Revenue Service CIO<br>11601 Roosevelt Blvd<br>Mail Drop Point N781<br>Philadelphia, PA 19154 | Priority | KRIVOSHEIN, 09-37438<br>11601 Roosevelt Blvd<br>Mail Drop Point N781<br>Philadelphia, PA 19154<br>--------------------------------------------------------------------------------* * * | $9,866.00 | $0.00 | 9,866.00 |
| 17P 570 | WITHDRAWN Wisconsin Department of Revenue<br>Attn: Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Priority | KRIVOSHEIN, 09-37438<br>Attn: Special Procedures Unit<br>PO Box 8901<br>Madison, WI 537088901<br>--------------------------------------------------------------------------------* * * | $0.00 | $0.00 | 0.00 |
| 18S 100 | Attorney Joseph W. Seifert<br>230 West Wells Street, Suite 610<br>Milwaukee, WI 53203 | Secured | KRIVOSHEIN, 09-37438<br>Pre-petition Attorney's lien | $15,000.00 | $0.00 | 15,000.00 |
| ADMIN.3 100 | Vladimir and Natalia Krivoshein<br>1233 W. Baldwin Court<br>Mequon, WI 53092 | Secured | KRIVOSHEIN, 09-37438<br>Payment of Debtors' exemption re: Lawsuit : Krivoshein v. Wells Fargo and Great Lakes Recovery | $22,350.00 | $22,350.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Bank<br>P.O. Box 5296<br>Carol Stream, IL 60197-5296 | Secured | XXXXXX5439 | $0.00 | $0.00 | 0.00 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**   **Claims Bar Date:** April 30, 2010

| **Case Number:** 09-37438-JES | Page: 2 | **Date:** November 26, 2013 |
|---|---|---|
| **Debtor Name:** KRIVOSHEIN, VLADIMIR | | **Time:** 10:31:40 AM |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 100 | Wells Fargo Bank<br>P.O. Box 54180<br>Los Angeles, CA 90054-0180 | Secured | XXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Bank<br>P.O. Box 5296<br>Carol Stream, IL 60197-5296 | Secured | XXXXXX8982 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Wells Fargo Bank<br>P.O. Box 5296<br>Carol Stream, IL 60197-5296 | Secured | XXXXXX2849 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Ozaukee County Treasurer<br>121 W. Main Street<br>P.O. Box 994<br>Random Lake, WI 53075 | Secured | XXXXXXXXX4000 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | American Infosource Lp As Agent for<br>WFNB/Victoria's Secret<br>P.O. Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | 0187<br>World Financial Network National Bank As<br>Victoria's Secret,PO Box 248872<br>Oklahoma City, OK 731248872 | $484.51 | $0.00 | 484.51 |
| 2<br>610 | American Infosource Lp As Agent for<br>WFNB/Amtv<br>P.O. Box 248872<br>Oklahoma City, OK 73124-8872 | Unsecured | 2938<br>World Financial Network National Bank As<br>Amtv,PO Box 248872<br>Oklahoma City, OK 731248872 | $4,160.86 | $0.00 | 4,160.86 |
| 3<br>610 | Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | 7854<br>PO Box 15145<br>Wilmington, DE 198505145 | $10,319.38 | $0.00 | 10,319.38 |
| 4<br>610 | PYOD LLC its successors and assigns as<br>assignee of<br>Citibank,c/o Resurgent Capital Serv.<br>P.O. Box 19008<br>Greenville, SC 29602 | Unsecured | 4587<br>Citibank<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | $17,360.82 | $0.00 | 17,360.82 |
| 5<br>610 | PYOD LLC its successors and assigns as<br>assignee of<br>Citibank,c/o Resurgent Capital Serv.<br>P.O. Box 19008<br>Greenville, SC 29602 | Unsecured | 1811<br>Citibank<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | $13,891.94 | $0.00 | 13,891.94 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 30, 2010

**Case Number:** 09-37438-JES  
**Debtor Name:** KRIVOSHEIN, VLADIMIR

Page: 3

**Date:** November 26, 2013  
**Time:** 10:31:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 610 | WITHDRAWN PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurg.Cap. Ser P.O. Box 19008 Greenville, SC 29602 | Unsecured | WITHDRAWN Citibank c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 Withdrawn because it is a duplicate to Proof of Claim #4. | $0.00 | $0.00 | 0.00 |
| 7 610 | WITHDRAWN PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurg.Cap.Ser P.O. Box 19008 Greenville, SC 29602 | Unsecured | WITHDRAWN Citibank c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 Withdrawn because it is a duplicate to Proof of Claim #5 | $0.00 | $0.00 | 0.00 |
| 8 610 | American Infosource Lp As Agent for Target P.O. Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | 9725 Target PO Box 248866 Oklahoma City, OK 731248866 | $8,966.06 | $0.00 | 8,966.06 |
| 9 610 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Ser. P.O. Box 19008 Greenville, SC 29602 | Unsecured | 8443 Citibank c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | $3,358.23 | $0.00 | 3,358.23 |
| 10 610 | Boyd E. Perlson 9463 N. Fairway Circle Glendale, WI 53217 | Unsecured | KRIVOSHEIN, 09-37438 % Attorney Charles W. Jones Suite 202,10303 N. Port Washington Rd. Mequon, WI 53092 | $24,591.75 | $0.00 | 24,591.75 |
| 12 610 | Lev Yakubovich 4202 Kissena Blvd., Apt. 6L Flushing, NY 11355 | Unsecured | KRIVOSHEIN, 09-37438 4202 Kissena Blvd., Apt. 6L Flushing, NY 11355 | $100,000.00 | $0.00 | 100,000.00 |
| 13 610 | Elan Financial Services P.O. Box 5229 Cincinnati, OH 45201 | Unsecured | 0866 P.O. Box 5229 Cincinnati, OH 45201 | $12,357.03 | $0.00 | 12,357.03 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 30, 2010

**Case Number:** 09-37438-JES
**Debtor Name:** KRIVOSHEIN, VLADIMIR

Page: 4

**Date:** November 26, 2013
**Time:** 10:31:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14 / 610 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsecured | 2119<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br>---------------------------------------------------------------------------------\* \* \* | $315.94 | $0.00 | 315.94 |
| 15 / 610 | eCast Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsecured | 4109<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br>---------------------------------------------------------------------------------\* \* \* | $2,208.77 | $0.00 | 2,208.77 |
| 16 / 610 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsecured | 0912<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712<br>---------------------------------------------------------------------------------\* \* \* | $838.12 | $0.00 | 838.12 |
| NOTFILED / 610 | Aurora Advanced Healthcare<br>P.O Box 091700<br>Milwaukee, WI 53209 | Unsecured | XX5978 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Dynacare<br>P.O. Box 26157<br>Milwaukee, WI 53226 | Unsecured | XXXXXX7672 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | United Dynacare<br>P.O. Box 26157<br>Milwaukee, WI 53226 | Unsecured | XXXXXX1789 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Asset Care Inc<br>P.O. Box 15380<br>Wilmington, DE 19850 | Unsecured | XXN484 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Time Warner<br>P.O. Box 118288<br>Carrollton, TX 75011-8288 | Unsecured | KRIVOSHEIN, 09-37438 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Aurora Advanced Healthcare<br>P.O Box 091700<br>Milwaukee, WI 53209 | Unsecured | XX5845 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Visa Wells Fargo<br>P.O. Box 98791<br>Las Vegas, NV 89193 | Unsecured | XXXX-XXXX-XXXX-6140 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Sam's Club<br>P.O. Box 530942<br>Atlanta, GA 30353 | Unsecured | XXXXXXXXXXX5392 | $0.00 | $0.00 | 0.00 |
| NOTFILED / 610 | Wells Fargo Bank<br>P.O. Box 272<br>Springfield, IL 62705 | Unsecured | XXXXXXXXXXXX0001 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 30, 2010

**Case Number:** 09-37438-JES  
**Debtor Name:** KRIVOSHEIN, VLADIMIR

Page: 5

**Date:** November 26, 2013  
**Time:** 10:31:40 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 17U 620 | WITHDRAWN  Wisconsin Department of Revenue<br>Attn: Special Procedures Unit<br>PO Box 8901<br>Madison, WI 53708-8901 | Unsecured | KRIVOSHEIN, 09-37438<br>Attn: Special Procedures Unit<br>PO Box 8901<br>Madison, WI 537088901<br>--------------------------------------------------------------------------------\* \* \* | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 268,492.94 | 37,066.03 | 231,426.91 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-37438-JES
Case Name: KRIVOSHEIN, VLADIMIR
Trustee Name: Steven R. McDonald

**Balance on hand:** $ 71,291.55

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 18S | Attorney Joseph W. Seifert | 15,000.00 | 15,000.00 | 0.00 | 15,000.00 |

Total to be paid to secured creditors: $ 15,000.00
Remaining balance: $ 56,291.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Steven R. McDonald | 7,707.50 | 0.00 | 7,707.50 |

Total to be paid for chapter 7 administration expenses: $ 7,707.50
Remaining balance: $ 48,584.05

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 48,584.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,866.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11P | Internal Revenue Service CIO | 9,866.00 | 0.00 | 9,866.00 |
| 17P | WITHDRAWN Wisconsin Department of Revenue | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

|  | | Total to be paid for priority claims: | $ | 9,866.00 |
|---|---|---|---|---|
|  | | Remaining balance: | $ | 38,718.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 198,853.41 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 484.51 | 0.00 | 94.34 |
| 2 | American Infosource Lp As Agent for | 4,160.86 | 0.00 | 810.15 |
| 3 | Chase Bank USA, N.A. | 10,319.38 | 0.00 | 2,009.25 |
| 4 | PYOD LLC its successors and assigns as assignee of | 17,360.82 | 0.00 | 3,380.26 |
| 5 | PYOD LLC its successors and assigns as assignee of | 13,891.94 | 0.00 | 2,704.85 |
| 6 | WITHDRAWN   PYOD LLC its successors and assigns as | 0.00 | 0.00 | 0.00 |
| 7 | WITHDRAWN  PYOD LLC its successors and assigns as | 0.00 | 0.00 | 0.00 |
| 8 | American Infosource Lp As Agent for | 8,966.06 | 0.00 | 1,745.75 |
| 9 | PYOD LLC its successors and assigns as assignee of | 3,358.23 | 0.00 | 653.87 |
| 10 | Boyd E. Perlson | 24,591.75 | 0.00 | 4,788.17 |
| 12 | Lev Yakubovich | 100,000.00 | 0.00 | 19,470.65 |
| 13 | Elan Financial Services | 12,357.03 | 0.00 | 2,405.99 |
| 14 | eCAST Settlement Corporation | 315.94 | 0.00 | 61.52 |
| 15 | eCast Settlement Corporation | 2,208.77 | 0.00 | 430.06 |
| 16 | eCAST Settlement Corporation | 838.12 | 0.00 | 163.19 |

|  | Total to be paid for timely general unsecured claims: | $ | 38,718.05 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17U | WITHDRAWN  Wisconsin Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**